UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JEREMI J. FONTENOT** | * | **CIVIL ACTION NO. 2:16-cv-584** |
| | * | |
| **v.** | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **HUDSON INSURANCE CO ET AL** | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 12) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Fontenot's Motion to Remand (Rec. Doc. 8) is **DENIED**.

Lake Charles, Louisiana, this ___ day of ____August_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE