RECEIVED
SEP 14 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEREMI J FONTENOT | * | CIVIL ACTION NO. 2:16-CV-584 |
| v. | * | UNASSIGNED DISTRICT JUDGE |
| HUDSON INSURANCE GROUP, ET AL. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 23) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the absence of any objections, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion for Partial Summary Judgment (Rec. Doc. 19) is **GRANTED**.

Alexandria, Louisiana, this 14 day of September, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1